UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and fourteen,

_____

Bonded Life Fund, LLC,

       Plaintiff - Appellant,

Paul P. Rooney, Amanda M. Fugazy and Ellenoff Grossman & Schole LLP,

       Appellants,

v.

AXA Equitable Life Insurance Company,

       Defendant - Appellee.

_____

ORDER
Docket No: 14-1098

    Counsel for APPELLANTS Bonded Life Fund, LLC, Ellenoff Grossman & Schole LLP, Amanda M. Fugazy and Paul P. Rooney has filed a scheduling notification pursuant to the Court?s Local Rule 31.2, setting July 24, 2014 as the brief filing date.

    It is HEREBY ORDERED that Appellants' brief must be filed on or before July 24, 2014. The appeal is dismissed effective July 24, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                  For The Court:

                  Catherine O'Hagan Wolfe,
                  Clerk of Court

